IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK J. ALEO,

    Plaintiff,                           No. CIV S-06-1766 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        On August 10, 2006, the court ordered plaintiff to show cause within thirty days why this action should not be construed as a petition for writ of habeas corpus. Thirty days passed and plaintiff did not respond to this order. Accordingly, for the reasons stated in the August 10, 2006, order, this action is construed as a petition for writ of habeas corpus. Plaintiff is directed to file a habeas corpus petition within twenty days.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is construed as a petition for writ of habeas corpus; within twenty days of the date of this order, plaintiff shall file a habeas corpus petition;

/////

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED:  3/28/07                                   /s/ Gregory G. Hollows
                                                              UNITED STATES MAGISTRATE JUDGE

aleo1766.ord