IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK J. ALEO,

    Petitioner,                  No. CIV S-06-1766 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.               ORDER

_____/

        Petitioner has requested a sixty day extension of time to file a petition for writ of habeas corpus pursuant to the court's order of March 28, 2007. The court will grant petitioner a thirty day extension of time. Any further requests for extensions of time must be supported by good cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 18, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a petition for writ of habeas corpus.

DATED: 4/27/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
aleo1766.111