IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK J. ALEO,

    Petitioner,           No. CIV S-06-1766 RRB GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion,

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1  thus, may not be implied or inferred.  A petitioner satisfies the exhaustion requirement by
2  providing the highest state court with a full and fair opportunity to consider all claims before
3  presenting them to the federal court.  <u>Picard v. Connor</u>, 404 U.S. 270, 276, 92 S. Ct. 509, 512
4  (1971); <u>Middleton v. Cupp</u>, 768 F.2d 1083, 1086 (9th Cir.), <u>cert</u>. <u>denied</u>, 478 U.S. 1021, 102 S.
5  Ct. 1198 (1986).
6          After reviewing the petition for habeas corpus, it does not appear that petitioner
7  has exhausted state court remedies.  His claims have not been presented to the California
8  Supreme Court.  Accordingly, petitioner shall show cause why this action should not be
9  dismissed for his failure to exhaust state court remedies.
10         Good cause appearing, IT IS HEREBY ORDERED that:
11         1.  Petitioner is granted leave to proceed in forma pauperis;
12         2.  Within twenty days of the date of this order, petitioner shall show cause why
13 this action should not be dismissed for his failure to exhaust state court remedies.
14 DATED: 6/27/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

aleo1766.exh